J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE,<br><br>        Plaintiff,<br><br>vs.<br><br>H and S Investments Group, LLC, et al.,<br><br>        Defendants. | Case No. 5:21-cv-00016-JGB (SPx)<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT ON ADA CLAIM** |

## JUDGMENT

Pursuant to the Order filed concurrently herewith, Plaintiff Hoang Minh Le ("Plaintiff") prevails on his ADA claim against defendants H&S Investments Group, LLC and Chino Promenade, LLC (collectively, "Defendants") regarding the 28 C.F.R § 36.211 Barrier. Plaintiff is entitled to the recovery of reasonable attorney fees, litigation expenses, and costs of suit, under the ADA. The Court orders Defendants to establish and maintain the accessible parking spaces at the property located at 5490 Philadelphia St., Chino, California 91710, in compliance with the ADA and applicable ADAAG standards. Judgement on this claim is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

Dated: January 4, 2023

                                              Honorable Jesus G. Bernal
                                              United States District Judge